UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER CLINE, individually and
on behalf of all others similarly situated,

    Plaintiff,

CASE NO.: 8:18-cv-602-T-24AEP

vs.

ULTIMATE FITNESS GROUP, LLC
d/b/a ORANGETHEORY FITNESS,

    Defendant.

_____

## UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 2.02(a) of the Local Rules of the United States District Court for the Middle District of Florida, undersigned counsel hereby makes application to this Court for the admission *pro hac vice* of Keenan Kmiec, of the law firm of Hunter & Kmiec, for the limited purpose of representing Plaintiff Christopher Cline and the proposed class in the above-styled case. In support of this motion, undersigned counsel states the following:

1. Keenan D. Kmiec, Esq., of the law firm of Hunter & Kmiec, 14020 Old Harbor Lane No. 107, Marina Del Rey, California 90292, Telephone: (917) 859-7970, has been retained to represent Plaintiff Christopher Cline and the proposed class in the above-styled case.

2. Mr. Kmiec is not a resident of Florida, and he is not admitted to practice in the Middle District of Florida.

3. Mr. Kmiec is a member in good standing of the bars of the State of California and District of Columbia and of the bar of the United States District Court for the Eastern District of

California. There are no disciplinary or suspension proceedings pending against Mr. Kmiec in any Court of the United States or of any State, Territory, or Possession of the United States.

4. Mr. Kmiec does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the state of Florida.

5. The appearance and active participation of Keenan D. Kmiec is necessary for the thorough and effective prosecution of the case of Plaintiff and the proposed class in this matter.

6. Mr. Kmiec is familiar with Local Rules of the United States District Court for the Middle District of Florida and the Code of Professional Responsibility and other ethical limitations and requirements governing the professional behavior of members of The Florida Bar. Mr. Kmiec has read the above-mentioned materials within the previous 12 months.

7. Pursuant to Local Rule 2.02(a), Keenan D. Kmiec designates Steven G. Wenzel, Esq., of the law firm of Wenzel Fenton Cabassa, P.A., 1110 North Florida Avenue, Suite 300, Tampa, Florida 33602, (813) 579-2483, a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida, as the person with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

8. In conjunction with the filing of this Motion, Mr. Kmiec has submitted a Special Admission Attorney Certification and paid the fee prescribed in Local Rule 2.01(d) with the Clerk of the Court.

9. Mr. Kmiec, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Keenan D. Kmiec, Esq. at email address: kmiec@hunterkmiec.com.

10. Pursuant to Local Rule 3.01(g), undersigned counsel conferred with opposing counsel in a good faith effort to resolve the issues raised in this Motion, and opposing counsel has no objection to this Motion.

WHEREFORE, Steven G. Wenzel, Esq. moves this Court to enter an Order permitting Keenan D. Kmiec, Esq. to appear before this Court on behalf of Plaintiff Christopher Cline for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mr. Kmiec.

Dated: April 6, 2018

WENZEL FENTON CABASSA, P.A.

By: */s/ Steven G. Wenzel*
Steven G. Wenzel
FL Bar #159055
1110 North Florida Avenue
Suite 300
Tampa, FL 33602
Tel.:   813/223-6545
Fax:   813/229-8712
Email:   swenzel@wfclaw.com
Email:   rcooke@wfclaw.com
*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2018 a copy of the foregoing was filed using the CM/ECF system, which will serve a copy upon all attorneys of record.

/s/ Steven G. Wenzel
Steven G. Wenzel, Esq.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER CLINE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ULTIMATE FITNESS GROUP, LLC d/b/a ORANGETHEORY FITNESS,

    Defendant.

Case No: 8:18-cv-602-T-24AEP

**CERTIFICATION OF KEENAN D. KMIEC, ESQ.**

Keenan D. Kmiec, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that:

To my knowledge there are no disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. I am not a resident of the State of Florida. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2018
Marina Del Rey, California

_____
Keenan D. Kmiec

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHRISTOPHER CLINE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ULTIMATE FITNESS GROUP, LLC d/b/a ORANGETHEORY FITNESS,

Defendant.

Case No: 8:18-cv-602-T-24AEP

## CERTIFICATION OF KEENAN D. KMIEC, ESQ.

Keenan D. Kmiec, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that:

To my knowledge there are no disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. I am not a resident of the State of Florida. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2018
Marina Del Rey, California

_____
Keenan D. Kmiec

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER CLINE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ULTIMATE FITNESS GROUP, LLC d/b/a ORANGETHEORY FITNESS,

Defendant.

Case No: 8:18-cv-602-T-24AEP

### CERTIFICATION OF KEENAN D. KMIEC, ESQ.

Keenan D. Kmiec, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that:

To my knowledge there are no disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. I am not a resident of the State of Florida. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2018
Marina Del Rey, California

_____
Keenan D. Kmiec