**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| CHRISTOPHER CLINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTIMATE FITNESS GROUP, LLC d/b/a ORANGETHEORY FITNESS,<br><br>Defendant. | Case No: 8:18-cv-602-T-24AEP |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Keenan D. Kmiec, Esq. (the "Motion") pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Middle District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

The Motion is GRANTED. Keenan D. Kmiec, Esq. may appear and participate in this action on behalf of Plaintiff Christopher Cline. The Clerk shall provide electronic notification of all electronic filings to Mr. Kmiec, at kmiec@hunterkmiec.com.

DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record